WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
   Attorney for Plaintiff

FILED'08 JUL 22 16:37 USDC-ORM

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**GERALD FAUGLID,**                                       CV 02-1535-CO

   Plaintiff,

vs.                                                        ORDER

**COMMISSIONER of Social Security,**

   Defendant.

---

       Attorney fees in the amount of $8,500.00 are hereby awarded to Plaintiff's attorney pursuant to 42 U.S.C. § 406(b). The court finds this is a reasonable fee. Previously, this court awarded $5,500.00, pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412. An EAJA fee is directly offset against a § 406(b) fee award, so Plaintiff's attorney may charge and collect from the claimant an additional $3,000.00, in addition to the EAJA amount.

       DATED this _22_ day of _July_ 2008.

                                                   _/s/_
                                          United States District Judge

Presented by:
/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
   Attorney for Plaintiff

ORDER - Page 1